# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| TRENA JOHNT'E LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:17-cv-00177-TWP-DML |
| ) | |
| THE WATERS OF MUNCIE, ) | |
| ) | |
| Defendant. ) | |

**Entry Discussing Pending Motions and Directing Filing of an Amended Complaint**

**I. Filing Fee**

The plaintiff's motion for leave to proceed without prepaying fees or costs, dkt [2], is **granted**.

**II. Request for Assistance Recruiting Counsel**

Litigants requesting that counsel be recruited must first show that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's motion for assistance with recruiting counsel indicates that she has made no requests to recruit counsel on her own. If she chooses to renew her request for the appointment of counsel, she shall provide the court with a list of the names of attorneys, organizations, and/or law firms she has contacted and any responses she has received. For the present, the plaintiff's motion for assistance with recruiting counsel, dkt. [3], is **denied.**

## III. Complaint is Dismissed

The complaint filed on September 21, 2017, is incomplete and not signed. The complaint failed to include a statement of legal claim, facts in support of the claim, or a statement of the relief sought. It must be dismissed on this basis. The plaintiff shall have **through October 22, 2017,** in which to file an amended complaint.

The amended complaint **must be signed** as required by Rule 11 of the Federal Rules of Civil Procedure. In addition the amended complaint must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

*Rule 8 of the Federal Rules of Civil Procedure*. If an amended complaint is filed it will be screened as required by 28 U.S.C. § 1915(e). If an amended complaint is not timely filed, this action shall be dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Date: 9/22/2017

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TRENA JOHNT'E LONG
609 South Shipley St.
Muncie, IN 47302