UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| TRENA JOHNT'E LONG, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 4:17-cv-00177-TWP-DML |
| THE WATERS OF MUNCIE, | ) |
| Defendant. | ) |

**Entry Directing Entry of Final Judgment**

This action is dismissed for failure to state a claim. The Entry of September 22, 2017, dismissed the operative complaint pursuant to 28 U.S.C. § 1915(e). The complaint was incomplete and not signed. The plaintiff was given a period of time in which to file an amended complaint correcting the deficiencies noted in that Entry. That time has passed and no amended complaint has been filed. After having been given the chance to amend her complaint and having failed to take it this action is properly dismissed. *See Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Judgment dismissing this action shall now issue.

**IT IS SO ORDERED.**

Date: 10/25/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TRENA JOHNT'E LONG
609 South Shipley St.
Muncie, IN 47302